**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

UNITED STATES OF AMERICA

-against-

**WILLIAM MOORE**

-----------------------------------------------------------------

Clerk of Court

07 CR 1539

**NOTICE OF APPEARANCE**

TO: CLERK OF UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTIONS AS (Please check one)

1.[ ] C.J.A.    2.[**X**] RETAINED    3.[ ] PUBLIC DEFENDER (legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. **10**   YR. **1973**

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: NEW YORK, NEW YORK
   **October 4, 2007**

SIGNATURE  *Benjamin Heinrich*
PRINT THE FOLLOWING INFORMATION CLEARLY

**Benjamin Heinrich**
Attorney for Defendant
**BENJAMIN HEINRICH, P.C.**
Firm name if any
**189 East 163rd Street**
Street address
**Bronx,          NY          10451**
City          State          Zip

**718-588-4400**
Telephone No.

NOTE: PLEASE COMPLETE NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186